Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

Northern Division

| | |
|---|---|
| Brayon Williams | Case No. _____ (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| (Executive Department), The Department of Justice | |
| *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non−Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brayon Williams |
| Address | |
| | Hannibal / mo / 63401 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address | brayonwilliams302@gmail.com |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Executive Department |
| Job or Title *(if known)* | |
| Address | |
| | / MO / |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Executive Department |
| Job or Title *(if known)* | |
| Address | |
| | WASHINGTON / DC / |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address

*City*  *State*  *Zip Code*

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address

*City*  *State*  *Zip Code*

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE DEPARTMENT OF JUSTICE NEGLECTS THE DUTY OF SECURING THE RIGHT TO BE ENTITLED TO PRIVILEGES AND IMMUNITIES AS PRESCRIBED BY CONGRESS THROUGH GENERAL LAWS IN SUPPORT OF THE CONSTITUTION

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

> THE RIGHT TO CARE THAT LAWS ARE FAITHFULLY EXECUTED, THE RIGHT TO BE ENTITLED TO PRIVILEGES AND IMMUNITIES AS CONGRESS PRESCRIBES UNDER GENERAL LAWS, THE RIGHT TO AN ORDER OF PROTECTION FROM DOMESTIC VIOLENCE BEING APPLIED FOR BY THE EXECUTIVE DEPARTMENTS,

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> THE DEPARTMENT OF JUSTICE APPEAR TO BE GETTING COMPENSATED WHILE DEFENDING RULES AND REGULATIONS WHICH APPEARS TO BE IN CONFLICT WITH THE INTEREST OF THE CONSTITUTION, LAWS, RULES, ORDINANCES, REGULATIONS, CUSTOMS, OR OTHERWISE CREATED OR/AND ENACTED IN SUPPORT OF THE CONSTITUTION INTERPRETED BY ADMINISTRATIONS IN A MANNER WHICH SHRINKS THE ACTS OF CONGRESS FROM THE MEANING OF THE CONSTITUTION, WELL AS OTHER SERVICE PROVIDERS OF THE UNITED STATES AND SEVERAL STATES THEREOF, ALIKE THIS STATE OF MISSIOURI WHO HAS BEEN ALLOWED TO ENFORCE THESE RULES AND REGULATIONS AS IF SUCH RULES MAY STAND AS EXCEPTIONS TO THE LAWS IN FORCE "AS IS" YET SUCH A RULES AND REGULATIONS WOULD IMPAIR THE OBLIGATIONS OF DUTIES IN PROVIDING SERVICES FOR COMPENSATION TO SUPPORT THE CONSTITUTION WHILE PROTECTING SUCH APPEARINGTHAT THE DEPARTMENT HAS FAILED TO PROTECT SUCH FROM THESE MANY PRESENTATIONS OF CONFLICTS IN THE INTEREST OF THE STATE AND UNITED STATES AS THESE MANY RULES AND REGULATIONS HAS NOT BEEN AFFECTED BY THE DEPARTMENT OF JUSTICE WHOM WHICH CONGRESS PRESCRIBES THE SPECIFIC DUTY TO RESRAIN WHAT WOULD THEN BE ILLEGAL SERVICES.

**III.   Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

> THE UNITED STATES OF AMERICA IN THE STATE OF MISSOURI

B. What date and approximate time did the events giving rise to your claim(s) occur?

> 02-23-2021

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

    C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

The DEPARTMENT OF JUSTICE ENTERED INTO THE JURISDICTION OF THE MISSOURI SUPREME COURT BY THE ATTORNEY GENERAL WHEN IN FACT I SOUGHT TO APPEAL THE DECISION OF THE LOCAL JUDICIARY IN ADAIR COUNTY OF THE CITY OF KIRKSVILLE WHO APPEARED TO HAVE REASON TO BELIEVE I COMMITTED A FELONY ACT WHEN THE DECISION SECURED JURISDICTION TO LAW AND FACT NOT AFFECTED WITH SUFFIENCY AND THE INTEREST OF THE UNITED STATES AND STATE OF MISSOURI TO SECURE RIGHTS AND ENTITLEMENTS TO PRIVILEGES AND IMMUNITIES AS PRESCRIBED BY CONGRESS APPEARED TO BE PROCESSED SELECTIVELY WHILE LACKING SUBJECT MATTER JURISDICTION, THE DEPARTMENT OF JUSTICE NOT ONLY NEGLECTED TO RESTRAIN THE COURTS FROM SUCH BEHAVIOR, BUT NEGLECTED TO SEE THE COURTS BE RESTRAINED FROM SUCH AN ACT WHICH ABRIDGES THE HABEAS CORPUS.
THE SOCIAL SECURITY ADMINISTRATION ENFORCED RULES THROUGH A CONTRACT DETERMINATION SERVICE PROVIDERS FOR THE DISABILITY BENEFITS WHO USES THESE RULES AS CONTRACTED TO EXTEND ONES ABILITY TO ENJOY THE RELIEF AFFORDED AS PROVEN AS PRESCRIBED BY CONGRESS APPEARING TO CAUSE THOSE WHO SEEK SUCH BENEFITS TO OBTAIN LEGAL PRESENTATION OUTSIDE THE DEPARTMENT OF JUSTICE WHO ALL EXCEED THE DUTY OF SERVICE PROVIDERS OF THE SOCIAL SECURITY ADMINISTRATION TO DETERMINE AND PROVIDE SUCH A BENEFIT WITHIN A 5 MONTH TIMEFRAME WHO ALL APPEAR TO EXTEND SUCH ACTION TO A 5 YEAR TIME FRAME WHILE THE DEPARTMENT OF JUSTICE AFFORDS COMPENSATION TO REPRESENT THE UNITED STATES OF ANY OF THE SEVERAL STATES ALIKE THIS STATE OF MISSOURI AS TO PROTECT THE INTEREST OF THE STATE TO SECURE SUCH RIGHTS AS PRESCRIBED BY CONGRESS IN SUPPORT OF THE CONSTITUTION WHEN SUCH ACTIONS IMPAIR THE OBLIGATIONS OF THE LAW AS PRESCRIBED BY CONGRESS, THE EXECUTIVE DEPARTMENT APPEARS TO CARE NOT TO FAITHFULLY ADMINISTER LAW CAUSING MY EVICTION AND A LOST IN BENEFITIAL PAYMENTS AFFOREDED TO ME BY LAW AFTER SUCH RELIEF HAS BEEN GRANTED THROUGH REMEDIAL MEANS.

THE DEPARTMENT OF HEALTH AND HUMAN SERVICES AND THE SOCIAL SECURITY ADMINISTRATION HAS PROVIDED SERVICES WHICH AFFECTS THE INTEREST OF THE UNITED STATES AND THE STATES TO SECURE ONES PRIVACY, WHILE SEEKING NOT TO DISCRIMINATE BASED ON DISIBILITY FROM RELIEF AFFORDED TO A SET OF FACTS MADE TO APPEAR UPON REMEDIAL MEANS WHERE SUCH RELIEF IS SURRENDERED DUE TO THE AFFECTS OF ANY ACTIONS MADE APPEARANT AGAINST THOSE, ALIKE MYSELF, WHO HAS AFFECTED THE LAW AS PRESCRIBED BY CONGRESS WHERE NARCOTICS IS CONCERNED, OR ANY OTHER CHARGE WHERE SUCH CHARGE HAS BEEN AFFECTED AND PENALIZED OR RELIEVED DUE TO THE PROCESS OF JUSTICE WHEN SUCH A PERSON, ALIKE MYSELF, SEEKS THE RELIEF OF FINANCIAL SUPPORT FOR FOOD, SHELTOR, OR ENJOYMENT THAT BENEFITS OF THE SOCIAL SECURITY ADMINISTRATION ARE RESTRAINED FROM THOSE SERVING SENTENCES IN PRISONS, OR BEING CONFINED IN JAILS, AND FOOD STAMPS ARE BEEN USED TO COECE THOSE IN NEED OUT OF THE SECURITY OF PRIVACY RIGHTS BY SEARCHING THROUGH QUESTIONS TO SEIZE INFORMATION NOT REASONABLY NEEDED TO AQUIRE SUCH RELIEF FROM THE SUFFERING OF FINANCIAL EQUALITY, OR HUNGER, AND THIS BEHAVIOR IS ALSO NOT AFFECTED BY THE DEPARTMEN OF JUSTICE WHO ALLOWS THOSE IN CHARGE OF SHELTER RELIEF TO USE TERMS NOT HISTORICALLY EXSTENT ONLY TO COERCE CITIZENS IN A DENIAL OF RELIEF WHEN OTHERWISE RELIEF WOULD BE AFFORDED.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I LOST FRIENDS, CONTACT WITH FAMILY, WAGES, REPUTATION WORTH EFFECTING MY WORK WORTH IN A FIELD COMPETATIVE IN SKILL WHICH I HAD TO SURRENDER DUE TO THE MENTAL ANGUISH AFFECTING MY MENTAL STABILITY CAUSING ME TO HAVE LAPSES IN MY SIGHT AND MEMORY WHICH WEAKENS MY FOCUS EFFORTS, I HAVE BEEN EVICTED FROM TWO SEPARATE HOMES DUE TO THE ENFORCEMENT OF RULES WHICH CREATES EXCEPTIONS TO THE LAWS AS PRESCRIBED BY CONGRESS TO BE ENFORCED BY THE EXECUTIVE DEPARTMENT WHICH THE DEPARTMENT OF JUSTICE MAKES NO EFFORT TO RESTRAIN AS IT APPEARS, I HAVE LOST THE PAYMENTS FROM THE SOCIAL SECURITY ADMINSTRATION AND BECAME OBLIGATED TO A BILL CANCELLING RIGHTS FOR 7 YEARS AS IF THE HABEAS CORPUS HAS BEEN SUSPENDED DUE TO INSUFFIECIENCY OF FACTS IN THE MATTERS BROUGHT AGAINST ME IN THE JUDICIARY.

### V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I SEEEK THIS COURT TO SECURE JURISDICITON IN THESE MATTERS THAT I MAY NOT HAVE TO PAY A FEE TO HAVE SUCH ACTION FILED AS I AM A POOR PERSON SEEKING TO PROTEST THE EXERCISE OF WHAT IS BELIEVED TO BE UNFAIR ACTIONS IN THE EXECUTIVE AND JUDICIAL DEPARTMENTS AFFECTING THE HABEAS CORPUS WHILE SEEKING TO IMPRISON MY BODY FOR ACTS WHICH PROPERTY WAS SEIZED SURRENDERED TO THE COURT, TRANSPORTED TO THE STATE PATROL WHERE IT WAS DAMAGED ONLY TO BE RETURED TO THE COURT AND ADMITTED AS EVIDENCE OF NARCOTICS WHEN THE EVIDENCE OF SUCH A LAW IN FORCE ENFORCED IN SUPPORT OF SUCH A CLAIM WOULD CAUSE THE EXECUTIVE DEPARTMENT OFFICES SEEKING RELIEF DUE SUCH A CLAIM TO CAUSE THE JUDICIARY TO BE A WITNESS TO THE EXECUTIVE BEING GUILTY OF SUCH A LAW IN FORCE ENFORCED AS PRESCRIBED BY CONGRESS TO BE PROVEN, ENGAGING THE EXECUTIVE AND JUDICIARY IN ILLEGAL SERVICES WHICH WOULD PREJUDICE THE JURISDICTION OF THE COURT FROM SECURING LAW AND FACT FROM SUCH ACTS AS PRESCRIBED BY CONGRESS, AND THE COURT SHALL MANDATE THE DEPARTMENT TO BEHAVE IN ALL ACTIONS PRESENTING A CONFLICT OF INTEREST AGAINST THE UNITED STATES AND THE STATE OF MISSOURI WHO PROMISES THAT COMPENSATION OF SUCH DEPARTMENTS IS TO SECURE AND PROTECT SUCH RIGHTS AS IS.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

**VI. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/14/2025

Signature of Plaintiff: 3787-1985-B-7785
Printed Name of Plaintiff: BRAYON WILLIAMS

**B.    For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address: BRAYONWILLIAMS302@GMAIL.COM