UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BRAYON WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-00091-SRC |
| ) | |
| EXECUTIVE DEPARTMENT and THE ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendants. ) | |

### Order of Dismissal

Per the Order entered on this date, the Court dismisses this case without prejudice for Williams's failure to comply with a court order.

So ordered this 6th day of February 2026.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE